

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

May 26, 2022

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Ortega v. Sun & Swell Inc.;* Case No. 1:22-cv-01851-KPF

Dear Judge Failla:

We represent plaintiff Juan Ortega ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for May 31, 2022, at 12:30 p.m. The parties request this adjournment since Defendant's answer was due on April 28, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Sun & Swell Inc.,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference in this matter is
hereby ADJOURNED sine die.  Plaintiff shall a motion for default judgment
within the next 30 days.

The Clerk of Court is directed to terminate the motion at docket entry 8.

                              SO ORDERED.

Dated:  May 27, 2022
        New York, New York

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE
```